ACCEPTED
15-25-00152-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/8/2025 4:53 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00152-CV

IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/8/2025 4:53:11 PM
CHRISTOPHER A. PRINE
Clerk

IN RE FRANCES SPANOS SHELTON,

*Relator.*

On Petition for Writ of Mandamus from the 414th Judicial District Court, McLennan County, Texas, Cause No. 2024-3035-5, Hon. Judge Ryan Luna Presiding

**REAL PARTY IN INTEREST VERNON LEUSCHNER'S, AS DURABLE POWER OF ATTORNEY FOR KATHERINE LEUSCHNER, MOTION TO STAY THE PETITION FOR WRIT OF MANDAMUS**

Andy McSwain
State Bar No. 13861100
Mark E. Firmin
State Bar No. 4099614
Sameer Hashmi
State Bar No. 24101877
**BEARD KULTGEN BROPHY
BOSTWICK & DICKSON, PLLC**
220 South Fourth Street
Waco, Texas 76701
Tel (254) 776-5500
Fax (254) 776-3591
mcswain@thetexasfirm.com
firmin@thetexasfirm.com
hashmi@thetexasfirm.com
**COUNSEL FOR REAL PARTY IN
INTEREST VERNON LEUSCHNER, AS
DURABLE POWER OF ATTORNEY
FOR KATHERINE LEUSCHNER**

IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT OF TEXAS
AUSTIN, TEXAS

---

IN RE FRANCES SPANOS SHELTON,

*Relator.*

---

**REAL PARTY IN INTEREST VERNON LEUSCHNER'S, AS DURABLE POWER OF ATTORNEY FOR KATHERINE LEUSCHNER, MOTION TO STAY THE PETITION FOR WRIT OF MANDAMUS**

---

TO THE HONORABLE COURT OF APPEALS:

Comes now, Vernon Leuschner, as durable power of attorney for Katherine Leuschner ("Leuschner" or "Real Party In Interest"), and files this Motion to Stay the Petition for Writ of Mandamus ("Petition") filed by Relator Frances Spanos Shelton ("Fran" or "Relator"), and in furtherance thereof would respectfully show unto the Court as follows:

## I.     ARGUMENT

Relator originally sought mandamus relief in the 10th Court of Appeals in what clearly appeared to be a case of forum shopping, since it was filed there *after*

1

the Texas Supreme Court had transferred Relator's interlocutory appeal to this Court.[1]

Relator has now filed the Petition in this Court raising the same issues as her interlocutory appeal. To avoid unnecessary legal costs and duplication of effort, the Court should stay the Petition, pending the Court's ruling on the interlocutory appeal. In any event—it is likely that mandamus relief is inappropriate here, for fairly obvious reasons.

First, Relator's interlocutory appeal was an adequate remedy at law, therefore rendering mandamus relief inappropriate. A quick comparison of Relator's Appellant's brief and this Petition confirms that the issues raised in the Petition are substantially identical. Relator even admits that the interlocutory appeal provides her with an adequate remedy to reverse the District Court's order appointing a receiver.[2] Petition at 38–39 (admitting that "the Court can reverse the Order Appointing Receiver [through the interlocutory appeal] for want of evidentiary support…").

Further—Relator seeks to complain (improperly) about matters the District Court has not yet ruled upon. To the extent that Relator argues her Petition is needed to "declare the orders void, and end the [District Court's] use of the county court at

---

[1] After filing the original petition for writ of mandamus, Relator immediately sought to transfer her interlocutory appeal back to the 10th Court of Appeals, strongly suggesting the original petition for writ of mandamus was simply a pretext for getting her appeal out of this Court and back before the 10th Court of Appeals.

[2] Assuming the District Court abused its discretion, which it did not.

law's void orders in the future administration of the Trust": (1) the District Court has not yet ruled on Relator's motion to declare the County Court at law's orders void; (2) Relator has not sought mandamus relief ordering the District Court to rule on Relator's pending motion; and (3) mandamus relief is improper to provide guidance on incidental issues that can be heard through an appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 136 (Tex. 2004). As the Texas Supreme Court has held:

> Mandamus review of incidental, interlocutory rulings by the trial courts unduly interferes with trial court proceedings, distracts appellate court attention to issues that are unimportant both to the ultimate disposition of the case at hand and to the uniform development of the law, and adds unproductively to the expense and delay of civil litigation.

*Id.* Nor would mandamus relief provide "needed and helpful direction to the law that would otherwise prove elusive in appeals from final judgments." *In re Bertucci*, 590 S.W.3d 113, 116 (Tex. App.—Austin 2019, no pet.) (mandamus review of a motion to exclude a court-appointed auditor's report "would not avoid an enormous waste of judicial and public resources," would not provide "needed and helpful direction to the law that would otherwise be elusive in appeals from final judgments," and "was not essential to preserve executor's rights from impairment or loss").

As such, Leuschner hereby moves the Court to stay Relator's Petition to avoid further unnecessary legal costs and unnecessary effort from this Court.[3] In the alternative, Leuschner requests that the Court advise if and to the extent Leuschner should file a response to the Petition.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Real Party In Interest Vernon Leuschner, as durable power of attorney for Katherine Leuschner, respectfully requests that the Court stay the Petition and that the Court grant any such other and further relief, in law or in equity, to which Leuschner may be justly entitled.

*/s/ Mark E. Firmin*
Andy McSwain
State Bar No. 13861100
Mark E. Firmin
State Bar No. 24099614
Sameer Hashmi
State Bar No. 24101877
**BEARD KULTGEN BROPHY**
**BOSTWICK & DICKSON, PLLC**
220 South Fourth Street
Waco, Texas 76701
Tel (254) 776-5500

---

[3] Relator cites *CSR Ltd. v. Link*, 925 S.W.2d 591, 596 (Tex. 1996) for the proposition that the Court should entertain both the Petition and the interlocutory appeal. However, *Link* is irrelevant to this Petition. In *Link*, the Court held that mandamus relief for the denial of a special appearance is ordinarily improper because the defendant has an adequate remedy by appeal. *Id.* However, because *Link* was a mass tort asbestos case, there would be tremendous pressure for the defendant to settle before an appeal could be heard. *Id.* So the Court held that in this rare circumstance, mandamus relief was proper. *Link* is simply irrelevant to this Petition.

Fax (254) 776-3591
mcswain@thetexasfirm.com
firmin@thetexasfirm.com
hashmi@thetexasfirm.com

**COUNSEL FOR REAL PARTY IN INTEREST VERNON LEUSCHNER, AS DURABLE POWER OF ATTORNEY FOR KATHERINE LEUSCHNER**

## <u>CERTIFICATE OF CONFERENCE</u>

I, Andy McSwain, conferenced with counsel for Relator Frances Spanos Shelton on October 8, 2025, concerning this motion to stay and counsel for Relator is opposed to this motion.

*/s/ Andy McSwain*
Andy McSwain

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent to the person(s) named below, in accordance with the Rules of Appellate Procedure on October 8, 2025.

Kirk L. Pittard
kpittard@dpslawgroup.com
Rick Thompson
rthompson@dpslawgroup.com
DURHAM, PITTARD &
SPALDING, LLP
P.O. Box 224626
Dallas, Texas 75222

Craig D. Cherry
ccherry@cjsjlaw.com
Ryan C. Johnson
rjohnson@cjsjlaw.com
Scott H. James
sjames@cjsjlaw.com
M. Katie Quillen
kquillen@cjsjlaw.com
CHERRY JOHNSON SIEGMUND
JAMES, PLLC
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710

**COUNSEL FOR RELATOR
FRANCES SPANOS SHELTON**

Jim Dunnam
jimdunnam@dunnamlaw.com
Andrea Mehta
andreamehta@dunnamlaw.com
Mason Vance Dunnam
masondunnam@dunnamlaw.com
DUNNAM & DUNNAM LLP
4125 West Waco Drive
Waco, Texas 76710

**ATTORNEYS FOR REAL
PARTIES IN INTEREST ROBERT
SPANOS, CHRISOPHER SPANOS,
AND NICOLE LAWRIE**

The Honorable Judge Ryan Luna
414th Judicial District Court
414th@mclennan.gov
501 Washington Avenue, Suite 307
Waco, Texas 76701

**RESPONDENT**

Aubrey R. Williams
Law Office of Aubrey R. Williams
P.O. Box 20156
Waco, Texas 76702
aubreyw9000@yahoo.com

**APPOINTED RECEIVER**


*/s/ Mark E. Firmin*
Mark E. Firmin

6

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sarah Rowell on behalf of Mark Firmin
Bar No. 24099614
Rowell@thetexasfirm.com
Envelope ID: 106621474
Filing Code Description: Motion
Filing Description: Real Party In Interest Vernon Leuschner's, as Durable Power of Attorney for Katherine Leuschner, Motion to Stay the Petition for Writ of Mandamus
Status as of 10/8/2025 5:01 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kirk Pittard | | kpittard@dpslawgroup.com | 10/8/2025 4:53:11 PM | SENT |
| Andrea Mehta | 24078992 | andreamehta@dunnamlaw.com | 10/8/2025 4:53:11 PM | SENT |
| Angus McSwain | 13861100 | mcswain@thetexasfirm.com | 10/8/2025 4:53:11 PM | SENT |
| Aubrey Williams | 21512500 | aubreyw9000@yahoo.com | 10/8/2025 4:53:11 PM | SENT |
| James Dunnam | 6258010 | jimdunnam@dunnamlaw.com | 10/8/2025 4:53:11 PM | SENT |
| Craig Cherry | 24012419 | ccherry@cjsjlaw.com | 10/8/2025 4:53:11 PM | SENT |
| Ryan Johnson | 24048574 | rjohnson@cjsjlaw.com | 10/8/2025 4:53:11 PM | SENT |
| Scott James | 24037848 | sjames@cjsjlaw.com | 10/8/2025 4:53:11 PM | SENT |
| Mark Firmin | 24099614 | firmin@thetexasfirm.com | 10/8/2025 4:53:11 PM | SENT |
| Mason Dunnam | 24108079 | masondunnam@dunnamlaw.com | 10/8/2025 4:53:11 PM | SENT |
| Hon. Judge Ryan Luna | | 414th@mclennan.gov | 10/8/2025 4:53:11 PM | SENT |
| Rick Thompson | | rthompson@dpslawgroup.com | 10/8/2025 4:53:11 PM | SENT |
| Kelly Blackburn | | efile@dpslawgroup.com | 10/8/2025 4:53:11 PM | SENT |
| Michala Quillen | 24133047 | kquillen@cjsjlaw.com | 10/8/2025 4:53:11 PM | SENT |
| Ashley Snyder | | Snyder@thetexasfirm.com | 10/8/2025 4:53:11 PM | SENT |
| Kiley Coats | | coats@thetexasfirm.com | 10/8/2025 4:53:11 PM | SENT |
| Sameer AHashmi | | hashmi@thetexasfirm.com | 10/8/2025 4:53:11 PM | SENT |
| Sarah Rowell | | Rowell@thetexasfirm.com | 10/8/2025 4:53:11 PM | SENT |